IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RUSSELL DOUGLAS, )<br>a/k/a "Dougie," )<br>)<br>Defendant. )<br>) | CASE NUMBER: 17-30036-DRH<br><br>21 U.S.C. § 856(a)(1), (b) |

### INDICTMENT

The Grand Jury charges:

### COUNT 1
### MAINTAINING A DRUG-INVOLVED PREMISES

Beginning on an unknown date, but no later than October 15, 2015, and continuing until on or about November 3, 2015, in St. Clair County, within the Southern District of Illinois,

RUSSELL DOUGLAS,
a/k/a "Dougie,"

defendant herein, did knowingly use and maintain the real property located at 320 North 62nd Street, East St. Louis, Illinois, on which a single family home is located, for the purpose of unlawfully manufacturing and distributing controlled substances, including crack cocaine. All in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

### FORFEITURE ALLEGATION

As a result of the commission of the offense described in Count 1 of this Indictment,

RUSSELL DOUGLAS,
a/k/a "Dougie,"

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853: (1) any and all property constituting, or derived from, any proceeds said defendant obtained, directly or indirectly, as a result of said violation; and (2) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violation. The property subject to forfeiture includes but is not limited to the following:

 a. $8,600.00 in United States Currency;
 b. $4,283.00 in United States Currency;
 c. Assorted jewelry; and
 d. 45 caliber, semi-automatic Taurus, Serial #NVJ89997.

A TRUE BILL

---
MONICA A. STUMP
Assistant United States Attorney

By: Stutt, for
---
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention